**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MAJOR SINGH, | ) | CASE NO. 4:26-CV-01426-BYP |
| | ) | |
| Petitioner, | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| vs. | ) | |
| | ) | MAGISTRATE JUDGE |
| ATTORNEY GENERAL, | ) | CARMEN E. HENDERSON |
| | ) | |
| Respondent, | ) | **INITIAL ORDER** |
| | ) | |

A Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. Section 2241 has been filed by Petitioner in the above-referenced matter. This Court has examined the Petition and cannot determine from the face of the Petition that Petitioner is not entitled to the relief requested. The following schedule and briefing requirements shall apply:

1. Respondent shall file an answer to the petition within sixty (60) days from the date of this Order. The Answer shall include a response to the allegations of the Petition, and a statement as to what transcripts are available. In addition, the Answer shall include a statement as to whether Petitioner has sought release prior to the present petition, together with citations to any prior court action, and a discussion as to whether an evidentiary hearing is warranted.

2. Petitioner shall have thirty (30) days from the filing of Respondent's Return of Writ to file a Reply ("Traverse").

3. Respondent shall have fifteen (15) days from the filing of Petitioner's Traverse to respond thereto.

The above documents shall constitute the briefing on the merits of the petition. Respondent shall include any arguments regarding dismissal in the Answer. If Respondent argues to dismiss a

ground for relief on procedural default, he or she shall still brief the merits of the claim. No dispositive motion will be entertained if leave is not obtained.

Any request for an extension of any deadline must be made at least three (3) business days before the deadline date, but such requests will not be routinely granted.

When a party has a change of address, the party must immediately inform the Court of the new address or risk waiver of his/her right to present arguments or the dismissal of his/her case.

The Clerk of Court shall forward a copy of the petition and this order to Respondent, the Attorney General of the United States, and to the Office of the United States Attorney, Northern District of Ohio.

IT IS SO ORDERED.

Dated: August 27, 2026

s/ *Carmen E. Henderson*
CARMEN E. HENDERSON
U.S. MAGISTRATE JUDGE